JARED M. THOMPSON (SBN 261942)
BREHMER LAW CORPORATION
1200 Truxtun Ave., Suite 120
Bakersfield, CA 93301
(661) 447-4384 (phone)

Attorney for Defendant
Jatinbhai Bhakta

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JATINBHAI BHAKTA,<br><br>Defendant | Case No. 1:21-CR-00023-NONE-SKO<br><br>**STIPULATION TO MODIFY RELEASE TERMS FOR DEFENDANT & ORDER** |

The Defendant, JATINBHAI BHAKTA, by and through his attorney of record, Jared M. Thompson, and the United States of America, by and through its attorney of record, David Gappa, hereby stipulate to modify the defendant's conditions of release as follows:

1. Defendant Bhakta must not be employed in any capacity in any hotel/motel industry, with the sole exception that he may work for his mother Sharda Bhakta's hotel, the Jackson Hotel, located at 714 Jackson St., Bakersfield, CA 93305.  Any employment, or work performed by the defendant, at the Jackson Hotel must be at the direction of Sharda Bhakta, and the defendant cannot be employed in a managerial or supervisory capacity at the Jackson Hotel.

2. All other conditions of release remain in full force and effect as set forth in his original conditions of release.

3. On May 18, 2021, Pre-trial Services Officer Frank Guerrero advised both counsel for the government and defense counsel that Mr. Bhakta has been in full compliance with his release conditions since being released from custody.  Pre-Trial Services has no objection to the modifications contained herein.

1 **IT IS SO STIPULATED.**

2

3 DATED:  June 3, 2021                                          Brehmer Law Corporation

4                                                                                    By: /s/  Jared M. Thompson
                                                                                         Jared M. Thompson, Attorney for
5                                                                                        Defendant, Jatinbhai Bhakta

6

7 DATED:  June 3, 2021                                          United States Attorney's Office

8                                                                                    By: /s/  David Gappa
                                                                                         David Gappa
9                                                                                        Assistant United States Attorney

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

# ORDER

IT IS HEREBY ORDERED that Mr. Bhakta's conditions of release are hereby modified as set forth below:

1. Defendant Bhakta must not be employed in any capacity in any hotel/motel industry, with the sole exception that he may work for his mother Sharda Bhakta's hotel, the Jackson Hotel, located at 714 Jackson St., Bakersfield, CA 93305.  Any employment, or work performed by the defendant, at the Jackson Hotel must be at the direction of Sharda Bhakta, and the defendant cannot be employed in a managerial or supervisory capacity at the Jackson Hotel.
2. All other conditions of release remain in full force and effect as set forth in his original conditions of release.
3. On May 18, 2021, Pre-trial Services Officer Frank Guerrero advised both counsel for the government and defense counsel that Mr. Bhakta has been in full compliance with his release conditions since being released from custody.  Pre-Trial Services has no objection to the modifications contained herein.

**IT IS SO ORDERED:**


IT IS SO ORDERED.

Dated:   **June 14, 2021**

UNITED STATES MAGISTRATE JUDGE