JARED M. THOMPSON (SBN 261942)
HUMPHREY & THOMPSON
2217th Street
Bakersfield, CA 93301
(661) 327-1360

Attorney for Defendant
Jatinbhai Bhakta

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-CR-00023-NONE-SKO |
|---|---|
| Plaintiff, | **STIPULATION TO MODIFY RELEASE TERMS FOR DEFENDANT; ORDER THEREON** |
| vs. | |
| JATINBHAI BHAKTA, | |
| Defendant | |

The Defendant, JATINBHAI BHAKTA, by and through his attorney of record, Jared M. Thompson, and the United States of America, by and through its attorney of record, David Gappa, hereby stipulate to modify the defendant's conditions of release as follows:

1. Condition 7(p) location monitoring with home detention shall be modified to allow a limited curfew of 12 hours per week to be split up over two or three days, as approved by Pretrial Services.

2. All other conditions of release remain in full force and effect as set forth in his original conditions of release.

Stipulation to Modify Conditions of Release- 1

**IT IS SO STIPULATED.**

DATED: November 10, 2021　　　　　　　　　Humphrey & Thompson, Attorneys at Law

　　　　　　　　　　　　　　　　　　　　　By: /s/ Jared M. Thompson
　　　　　　　　　　　　　　　　　　　　　Jared M. Thompson, Attorney for
　　　　　　　　　　　　　　　　　　　　　Defendant, Jatinbhai Bhakta

DATED: November 10, 2021　　　　　　　　　United States Attorney's Office

　　　　　　　　　　　　　　　　　　　　　By: /s/ David Gappa
　　　　　　　　　　　　　　　　　　　　　David Gappa
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

[ORDER APPEARS ON FOLLOWING PAGE]

Stipulation to Modify Conditions of Release- 2

**ORDER**

IT IS HEREBY ORDERED that Mr. Bhakta's conditions of release are hereby modified as set forth below:

1. Condition 7(p) location monitoring with home detention shall be modified to allow a limited curfew of 12 hours per week to be split up over two or three days, as approved by Pretrial Services.
2. All other conditions of release remain in full force and effect as set forth in his original conditions of release.

**IT IS SO ORDERED:**

Dated:   **November 10, 2021**                              /s/ Erica P. Grosjean
                                                            UNITED STATES MAGISTRATE JUDGE