JARED M. THOMPSON (SBN 261942)
HUMPHREY & THOMPSON
2217th Street
Bakersfield, CA 93301
(661) 327-1360

Attorney for Defendant
Jatinbhai Bhakta

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | Case No. 1:21-CR-00023-NONE-SKO |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO ALLOW DEFENDANT TO TRAVEL OUTSIDE OF DISTRICT FOR SPECIFIC DATES** |
| vs. | |
| JATINBHAI BHAKTA, | |
| Defendant | |

The Defendant, JATINBHAI BHAKTA, by and through his attorney of record, Jared M. Thompson, and the United States of America, by and through its attorney of record, David Gappa, hereby stipulate to temporarily modify the defendant's conditions of release to allow for travel outside of the Eastern District of California as follows:

1. Defendant is allowed to leave the Eastern District of California for the sole purpose of attending his cousin's wedding in Garden Grove (Orange County, California) between the dates of June 3 to June 6, 2022.

2. Defendant is allowed to leave the Eastern District of California for the purpose stated in paragraph #1 beginning at 8:00 a.m. on June 3 and must return to the Eastern District of California by 12:00 p.m. on June 6, 2022.

3. All other conditions of release remain in full force and effect as set forth in his original conditions of release.

**IT IS SO STIPULATED.**

DATED:  May 13, 2022				Humphrey & Thompson, Attorneys at Law

						By: /s/ Jared M. Thompson
						Jared M. Thompson, Attorney for
						Defendant, Jatinbhai Bhakta

DATED:  May 13, 2022				United States Attorney's Office

						By: /s/ David Gappa
						David Gappa
						Assistant United States Attorney

# ORDER

IT IS HEREBY ORDERED that Mr. Bhakta's conditions of release are hereby modified as set forth below:

1. Defendant is allowed to leave the Eastern District of California for the sole purpose of attending his cousin's wedding in Garden Grove (Orange County, California) between the dates of June 3 to June 6, 2022.
2. Defendant is allowed to leave the Eastern District of California for the purpose stated in paragraph #1 beginning at 8:00 a.m. on June 3 and must return to the Eastern District of California by 12:00 p.m. on June 6, 2022.
3. All other conditions of release remain in full force and effect as set forth in his original conditions of release.

IT IS SO ORDERED.

Dated:   **May 14, 2022**                         /s/ *Barbara A. McAuliffe*
                                                                  UNITED STATES MAGISTRATE JUDGE