JARED M. THOMPSON (SBN 261942)
HUMPHREY & THOMPSON
2217th Street
Bakersfield, CA 93301
(661) 327-1360

Attorney for Defendant
Jatinbhai Bhakta

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JATINBHAI BHAKTA,<br><br>Defendant | Case No. 1:21-CR-00023-NONE-SKO<br><br>**STIPULATION TO ALLOW DEFENDANT TO TRAVEL OUTSIDE OF DISTRICT FOR SPECIFIC DATES & ORDER** |
|---|---|

The Defendant, JATINBHAI BHAKTA, by and through his attorney of record, Jared M. Thompson, and the United States of America, by and through its attorney of record, David Gappa, hereby stipulate to temporarily modify the defendant's conditions of release to allow for travel outside of the Eastern District of California as follows:

1. Defendant is allowed to leave the Eastern District of California for the sole purpose of attending a family wedding in Westlake Village, CA (Los Angeles County) between the dates of July 15 to July 18, 2022.

2. Defendant is allowed to leave the Eastern District of California for the purpose stated in paragraph #1 beginning at 12:00 p.m. on July 15 and must return to the Eastern District of California by 12:00 p.m. on July 18, 2022.

3. All other conditions of release remain in full force and effect as set forth in his original conditions of release, including supervision by his designated third party custodian during the travel outside of district.

**IT IS SO STIPULATED.**

DATED:  July 1, 2022                              Humphrey & Thompson, Attorneys at Law

                                                  By: /s/  Jared M. Thompson
                                                  Jared M. Thompson, Attorney for
                                                  Defendant, Jatinbhai Bhakta

DATED:  July 1, 2022                              United States Attorney's Office

                                                  By: /s/  David Gappa
                                                  David Gappa
                                                  Assistant United States Attorney

[ORDER APPEARS ON FOLLOWING PAGE]

**ORDER**

IT IS HEREBY ORDERED that Mr. Bhakta's conditions of release are hereby modified as set forth below:

1. Defendant is allowed to leave the Eastern District of California for the sole purpose of attending a family wedding in Westlake Village, CA (Los Angeles County) between the dates of July 15 to July 18, 2022.

2. Defendant is allowed to leave the Eastern District of California for the purpose stated in paragraph #1 beginning at 12:00 p.m. on July 15 and must return to the Eastern District of California by 12:00 p.m. on July 18, 2022.

3. All other conditions of release remain in full force and effect as set forth in his original conditions of release, including supervision by his designated third party custodian during the travel outside of district.

IT IS SO ORDERED.

Dated:   **July 11, 2022**

UNITED STATES MAGISTRATE JUDGE