JARED M. THOMPSON (SBN 261942)
HUMPHREY & THOMPSON
2217th Street
Bakersfield, CA 93301
(661) 327-1360

Attorney for Defendant
Jatinbhai Bhakta

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JATINBHAI BHAKTA,<br><br>Defendant | Case No. 1:21-CR-00023-NONE-SKO<br><br>**STIPULATION TO ALLOW DEFENDANT TO TRAVEL OUTSIDE OF DISTRICT FOR SPECIFIC DATES & ORDER** |
|---|---|

The Defendant, JATINBHAI BHAKTA, by and through his attorney of record, Jared M. Thompson, and the United States of America, by and through its attorney of record, David Gappa, hereby stipulate to temporarily modify the defendant's conditions of release to allow for travel outside of the Eastern District of California as follows:

1. Defendant is allowed to leave the Eastern District of California for the sole purpose of attending a family Thanksgiving gathering in Alvin, TX, between the dates of November 23 to November 27, 2022.

2. Defendant is allowed to leave the Eastern District of California for the purpose stated in paragraph #1 beginning at 5:00 a.m. on November 23 and must return to the Eastern District of California by 9:00 p.m. on November 27, 2022.

3. All other conditions of release remain in full force and effect as set forth in his original conditions of release, including supervision by his designated third party custodian during the travel outside of district.

**IT IS SO STIPULATED.**

DATED:  November 14, 2022         Humphrey & Thompson, Attorneys at Law

                                  By: /s/  Jared M. Thompson
                                  Jared M. Thompson, Attorney for
                                  Defendant, Jatinbhai Bhakta

DATED:  November 14, 2022         United States Attorney's Office

                                  By: /s/  David Gappa
                                  David Gappa
                                  Assistant United States Attorney

[ORDER APPEARS ON FOLLOWING PAGE]

# ORDER

IT IS HEREBY ORDERED that Mr. Bhakta's conditions of release are hereby modified as set forth below:

1. Defendant is allowed to leave the Eastern District of California for the sole purpose of attending a family Thanksgiving gathering in Alvin, TX, between the dates of November 23 to November 27, 2022.

2. Defendant is allowed to leave the Eastern District of California for the purpose stated in paragraph #1 beginning at 5:00 a.m. on November 23 and must return to the Eastern District of California by 9:00 p.m. on November 27, 2022.

3. All other conditions of release remain in full force and effect as set forth in his original conditions of release, including supervision by his designated third-party custodian during the travel outside of district.

IT IS SO ORDERED.

Dated:   **November 14, 2022**          /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE