JARED M. THOMPSON (SBN 261942)
HUMPHREY & THOMPSON
2217th Street
Bakersfield, CA 93301
(661) 327-1360

Attorney for Defendant
Jatinbhai Bhakta

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-CR-00023-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING; FINDINGS AND ORDER |
| vs. | |
| JATINBHAI BHAKTA, | |
| Defendant | |

The Defendant, JATINBHAI BHAKTA, by and through his attorney of record, Jared M. Thompson, and the United States of America, by and through its attorney of record, David Gappa, hereby stipulate to continue the sentencing hearing and exclude time for the following reasons:

1. Defendant completed his presentence interview on December 16, 2022, with USPO Megan Pascual.

2. After completion of the interview, defense counsel was informed by USPO Pascual that due to issues within her office and staffing shortages, she would be unable to complete the draft interview in time for the current sentencing date. Defense counsel followed up with USPO Pascual on January 12, 2023, and was informed that the draft report was still in progress.

3. On February 2, 2023, the parties met and conferred via email to discuss new dates. The parties agreed that the draft PSR would be provided to the parties by February 27, 2023.

Stipulation to Modify Conditions of Release- 1

Defense counsel and counsel for the United States agreed to a new sentencing date of April 17, 2023.

4. Defense counsel is currently engaged in jury trial in a matter in the Kern County Superior Court.

**IT IS SO STIPULATED.**

DATED:  February 8, 2023				Humphrey & Thompson, Attorneys at Law

						By: /s/  Jared M. Thompson
						Jared M. Thompson, Attorney for
						Defendant, Jatinbhai Bhakta

DATED:  February 8, 2023				United States Attorney's Office

						By: /s/  David Gappa
						David Gappa
						Assistant United States Attorney

[ORDER APPEARS ON FOLLOWING PAGE]

**ORDER**

**IT IS SO FOUND.**

IT IS SO ORDERED.

Dated: **February 9, 2023**

_____
UNITED STATES DISTRICT JUDGE