JARED M. THOMPSON (SBN 261942)
HUMPHREY & THOMPSON
2217th Street
Bakersfield, CA 93301
(661) 327-1360

Attorney for Defendant
Jatinbhai Bhakta

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-CR-00023-NONE-SKO |
|---|---|
| Plaintiff, | **STIPULATION TO MODIFY RELEASE TERMS FOR DEFENDANT & ORDER** |
| vs. | |
| JATINBHAI BHAKTA, | |
| Defendant | |

The Defendant, JATINBHAI BHAKTA, by and through his attorney of record, Jared M. Thompson, and the United States of America, by and through its attorney of record, David Gappa, hereby stipulate to modify the defendant's conditions of release. The assigned Pretrial Services officer has reviewed and approved the proposed modification.

1. Condition 7(p) location monitoring with home detention shall be modified to allow a curfew of 40 hours per week to be allowed as approved by Pretrial Services.
2. All other conditions of release remain in full force and effect as set forth in his original conditions of release.

Stipulation to Modify Conditions of Release- 1

IT IS SO STIPULATED.

DATED: March 23, 2023             Humphrey & Thompson, Attorneys at Law

                                  By: /s/ Jared M. Thompson
                                  Jared M. Thompson, Attorney for
                                  Defendant, Jatinbhai Bhakta

DATED: March 23, 2023             United States Attorney's Office

                                  By: /s/ David Gappa
                                  David Gappa
                                  Assistant United States Attorney

## ORDER

IT IS HEREBY ORDERED that Mr. Bhakta's conditions of release are hereby modified as set forth below:

1. Condition 7(p) location monitoring with home detention shall be modified to allow a curfew of 40 hours per week to be allowed as approved by Pretrial Services.
2. All other conditions of release remain in full force and effect as set forth in his original conditions of release.

DATED: 3/29/2023

_Sheila K. Oberto_
SHEILA K. OBERTO
United States Magistrate Judge