**JARED M. THOMPSON** (**SBN 261942**)
HUMPHREY & THOMPSON
2217th Street
Bakersfield, CA 93301
(661) 327-1360

Attorney for Defendant
**Jatinbhai Bhakta**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **Case No. 1:21-CR-00023** |
| **Plaintiff,** | **STIPULATION TO CONTINUE SENTENCING; FINDINGS AND ORDER** |
| **vs.** | |
| **JATINBHAI NARESH BHAKTA,** | |
| **Defendant** | |

The Defendant, JATINBHAI BHAKTA, by and through his attorney of record, Jared M. Thompson, and the United States of America, by and through its attorney of record, David Gappa, hereby stipulate to continue the sentencing hearing and exclude time for the following reasons:

1. Mr. Bhakta completed his presentence interview on December 16, 2022, with USPO Megan Pascual.   Due to several circumstances, including the issues involved in determining applicable guidelines in this case, as well as, the caseload of the USPO's office in general, the final presentence report was not filed until May 8, 2023.

2. The late filing of the final PSR does not allow the parties sufficient time to prepare formal objections and sentencing statements.  The parties have met and conferred via email to discuss a new sentencing date.  Defense counsel and counsel for the United States agreed to a new sentencing date of June 20, 2023.

3. The continuance is necessary to allow the parties sufficient time to file pleadings and prepare for sentencing after receipt of the final PSR.

4.   The parties stipulate and agree to a new sentencing date of June 20, 2023.


**IT IS SO STIPULATED.**


DATED:  May 9, 2023                         Humphrey & Thompson, Attorneys at Law


                                            By: /s/  Jared M. Thompson_____
                                            Jared M. Thompson, Attorney for
                                            Defendant, Jatinbhai Bhakta


DATED:  May 9, 2023                         United States Attorney's Office

                                            By: /s/  David Gappa_____
                                            David Gappa
                                            Assistant United States Attorney




                               **ORDER**


IT IS SO ORDERED.

   Dated:   **May 9, 2023**

                                            UNITED STATES DISTRICT JUDGE