JARED M. THOMPSON (SBN 261942)
HUMPHREY & THOMPSON
2217th Street
Bakersfield, CA 93301
(661) 327-1360

Attorney for Defendant
Jatinbhai Bhakta

FILED
MAY 12 2023
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-CR-00023-JLT/SKO |
|---|---|
| Plaintiff, | STIPULATION TO ALLOW DEFENDANT TO TRAVEL OUTSIDE OF DISTRICT FOR SPECIFIC DATES & ORDER THEREON |
| vs. | |
| JATINBHAI BHAKTA, | |
| Defendant | |

The Defendant, JATINBHAI BHAKTA, by and through his attorney of record, Jared M. Thompson, and the United States of America, by and through its attorney of record, David Gappa, hereby stipulate to temporarily modify the defendant's conditions of release to allow for travel outside of the Eastern District of California as follows:

1. Defendant is allowed to leave the Eastern District of California for the sole purpose of attending a family member's Engagement Celebration in Oakland, CA, between the dates of June 10, 2023 to June 11, 2023.

2. Defendant is allowed to leave the Eastern District of California for the purpose stated in paragraph #1 beginning at 7:00 a.m. on June 10, 2023, and must return to the Eastern District of California by 7:00 p.m. on June 11, 2023.

3. All other conditions of release remain in full force and effect as set forth in his original conditions of release, including supervision by his designated third party custodian during the travel outside of district.

Stipulation to Modify Conditions of Release- 1

4. Pre-Trial Services Officer Frank Guerrero was consulted regarding this modification and indicated no objection to Mr. Bhakta attending this family event.

**IT IS SO STIPULATED.**

DATED: May 10, 2023                     Humphrey & Thompson, Attorneys at Law

                                        By: /s/ Jared M. Thompson
                                        Jared M. Thompson, Attorney for
                                        Defendant, Jatinbhai Bhakta


DATED: May 10, 2023                     United States Attorney's Office

                                        By: /s/ David Gappa
                                        David Gappa
                                        Assistant United States Attorney

[ORDER APPEARS ON FOLLOWING PAGE]

## ORDER

IT IS HEREBY ORDERED that Mr. Bhakta's conditions of release are hereby modified as set forth below:

1. Defendant is allowed to leave the Eastern District of California for the sole purpose of attending a family member's Engagement Celebration in Oakland, CA, between the dates of June 10, 2023 to June 11, 2023.

2. Defendant is allowed to leave the Eastern District of California for the purpose stated in paragraph #1 beginning at 7:00 a.m. on June 10, 2023, and must return to the Eastern District of California by 7:00 p.m. on June 11, 2023

3. All other conditions of release remain in full force and effect as set forth in his original conditions of release, including supervision by his designated third party custodian during the travel outside of district.

4. Pre-Trial Services Officer Frank Guerrero was consulted regarding this modification and indicated no objection to Mr. Bhakta attending this family trip.

**IT IS SO ORDERED:**

DATED: May 12, 2022

By: _____
ERICA P. GROSJEAN
United States Magistrate Judge

Stipulation to Modify Conditions of Release- 3