UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>JATINBHAI NARESH BAKHTA,<br><br>       Defendant. | Case No. 1:21-CR-00023-JLT-SKO<br><br>ORDER FOR MONEY JUDGMENT |

**O R D E R**

For good cause shown, the Court hereby imposes a personal forfeiture money judgment against defendant Jatinbhai Naresh Bakhta in the amount of $1,007,600. Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law. Any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

IT IS SO ORDERED.

 Dated:  **June 21, 2023**           _Jennifer L. Thurston_
                          UNITED STATES DISTRICT JUDGE

3