JARED M. THOMPSON (SBN 261942)
HUMPHREY & THOMPSON
2217th Street
Bakersfield, CA 93301
(661) 327-1360

Attorney for Defendant
Jatinbhai Bhakta

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-CR-00023-JLT/SKO |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION TO ALLOW DEFENDANT TO TRAVEL OUTSIDE OF DISTRICT FOR SPECIFIC DATES & ORDER** |
| JATINBHAI BHAKTA, | |
| Defendant | |

The Defendant, JATINBHAI BHAKTA, by and through his attorney of record, Jared M. Thompson, and the United States of America, by and through its attorney of record, David Gappa, hereby stipulate to temporarily modify the defendant's conditions of release to allow for travel outside of the Eastern District of California as follows:

1. Defendant is allowed to leave the Eastern District of California for the sole purpose of attending a family event in Orange County, CA, between the dates of August 18, 2023 to August 20, 2023.

2. Defendant is allowed to leave the Eastern District of California for the purpose stated in paragraph #1 beginning at 9:00 a.m. on August 18, 2023, and must return to the Eastern District of California by 9:00 p.m. on August 20, 2023.

3. All other conditions of release remain in full force and effect as set forth in his original conditions of release, including supervision by his designated third party custodian during the travel outside of district.

Stipulation to Modify Conditions of Release- 1

4. Pre-Trial Services Officer Frank Guerrero was consulted regarding this modification and indicated no objection to Mr. Bhakta attending this family event.

**IT IS SO STIPULATED.**

DATED:  August 7, 2023                              Humphrey & Thompson, Attorneys at Law

                                                                    By: /s/  Jared M. Thompson
                                                                    Jared M. Thompson, Attorney for
                                                                    Defendant, Jatinbhai Bhakta

DATED:  August 7, 2023                              United States Attorney's Office

                                                                    By: /s/  David Gappa
                                                                    David Gappa
                                                                    Assistant United States Attorney

[ORDER APPEARS ON FOLLOWING PAGE]

Stipulation to Modify Conditions of Release- 2

# ORDER

IT IS HEREBY ORDERED that Mr. Bhakta's conditions of release are hereby modified as set forth below:

1. Defendant is allowed to leave the Eastern District of California for the sole purpose of attending a family event in Orange county, CA, between the dates of August 18, 2023 to August 20, 2023.

2. Defendant is allowed to leave the Eastern District of California for the purpose stated in paragraph #1 beginning at 9:00 a.m. on August 18, 2023, and must return to the Eastern District of California by 9:00 p.m. on August 20, 2023.

3. All other conditions of release remain in full force and effect as set forth in his original conditions of release, including supervision by his designated third party custodian during the travel outside of district.

4. Pre-Trial Services Officer Frank Guerrero was consulted regarding this modification and indicated no objection to Mr. Bhakta attending this family trip.

IT IS SO ORDERED.

Dated:   **August 7, 2023**          /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE