JARED M. THOMPSON (SBN 261942)
HUMPHREY & THOMPSON
2217th Street
Bakersfield, CA 93301
(661) 327-1360

Attorney for Defendant
Jatinbhai Bhakta

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JATINBHAI BHAKTA,<br><br>Defendant | Case No. 1:21-CR-00023-JLT/SKO<br><br>[~~PROPOSED~~]<br>ORDER RECONVEYING PROPERTY |

Upon request of the defendant, and good cause appearing,

**IT IS HEREBY** ORDERED that the property bond below posted as collateral be exonerated:

    APN:                 014-310-23-00
    Deed:              221030128
    Date:               2/18/2021
    Name of Trustors:  Sharda N. Bhakta and Kamal N. Bhakta
    Payment Amount:  $750,000

IT IS SO ORDERED.

Dated:   **September 28, 2023**                                   _/s/ Jennifer L. Thurston_
                                                                               UNITED STATES DISTRICT JUDGE