JARED M. THOMPSON (SBN 261942)
HUMPHREY & THOMPSON
2217th Street
Bakersfield, CA 93301
(661) 327-1360

Attorney for Defendant
Jatinbhai Bhakta

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JATINBHAI BHAKTA, <br><br> Defendant | Case No. 1:21-CR-00023-JLT/SKO <br><br> [~~PROPOSED~~] <br> ORDER RECONVEYING PROPERTY |

Upon request of the defendant, and good cause appearing,

**IT IS HEREBY** ORDERED that the property bond below posted as collateral be exonerated:

| | |
|---|---|
| APN: | 014-310-24 |
| Deed: | 221030129 |
| Date: | 2/18/2021 |
| Name of Trustor: | Sharda N. Bhakta |
| Payment Amount: | $750,000 |

IT IS SO ORDERED.

Dated:   **September 28, 2023**

_____
UNITED STATES DISTRICT JUDGE

Request and Proposed Order to Reconvey Property- 1