JARED M. THOMPSON (SBN 261942)
HUMPHREY & THOMPSON
2217th Street
Bakersfield, CA 93301
(661) 327-1360

Attorney for Defendant
Jatinbhai Bhakta

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-CR-00023 |
|---|---|
| Plaintiff, | **ORDER GRANTING WITHDRAWAL OF ATTORNEY AS COUNSEL OF RECORD** |
| vs. | |
| JATINBHAI BHAKTA, | |
| Defendant | |

**ORDER**

IT IS HEREBY ORDERED that attorney of record, JARED M. THOMPSON, is discharged from representation of the defendant, JATINBHAI BHAKTA, in the above-entitled case.

IT IS SO ORDERED.

Dated:  **October 29, 2025**

_____
UNITED STATES DISTRICT JUDGE

ORDER GRANTING WITHDRAWAL OF ATTORNEY - 1